```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                       JACKSONVILLE DIVISION
```

ROBERT KARL GEORGE,

                      Plaintiff,

v.                            Case No. 3:10-cv-688-J-34JBT

WALTER A. MCNEIL, et al.,

                      Defendants.
_____

## ORDER

1.  Plaintiff's Motion for Second Modification of Scheduling Order (Doc. #96) and Request for Discovery (Doc. #101) are **GRANTED.**

2.  The parties are hereby directed to conduct discovery so that the due date of any discovery requested shall be no later than **October 31, 2012.** Any motions relating to discovery shall be filed no later than **TEN (10) DAYS** thereafter.

3.  All motions to dismiss and/or for summary judgment shall be filed by **November 28, 2012. This deadline is also applicable to the filing of any motions or the raising of any affirmative defenses based on qualified immunity.**

4. As the Court is of the view that there remain genuine issues of material fact with respect to Plaintiff's claims and that development of the record may be necessary, Defendants' Motion for Summary Judgment (Doc. #99) is **DENIED** at this time without prejudice to their renewal.

**DONE AND ORDERED** at Jacksonville, Florida, this 7th day of September, 2012.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

sc 9/6
c:
Counsel of Record