# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**ROBERT KARL GEORGE,**

      Plaintiff,

v.                                       Case No. 3:10-cv-688-J-34JBT

**WALTER McNEIL,**
et al.,

      Defendants.
_____/

## NOTICE OF SUPPLEMENTAL AUTHORITY

      The defendants provide notice of supplemental authority of the opinion published on Dec. 26, 2012, in *Ganstine v. Secretary, Florida Department of Corrections,* 2012 WL 6699124 (11t Cir. 2012). The case is relevant to the plaintiff's Eighth Amendment claim for the alleged denial of medical care.

                                                    RESPECTFULLY SUBMITTED,

                                                    PAMELA JO BONDI
                                                    ATTORNEY GENERAL

                                                    s/ *Jason Vail*

                                                    JASON VAIL
                                                    Assistant Attorney General
                                                    Florida Bar no. 298824

                                                    Office of the Attorney General
                                                    PL-01

The Capitol
Tallahassee, FL 32399
(850)414-3300

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to counsel of record through use of the Court's CM/ECF system on January 4, 2013.

s/ *Jason Vail*